UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Matthew A Harrigan,

DEBTOR.

_____/

CHAPTER 13
CASE NO. 18-51082-LSG
JUDGE LISA S. GRETCHKO

## NOTICE OF DEFAULT IN PAYMENTS AND TRUSTEE'S INTENT TO SEEK DISMISSAL OF THE CASE

**PLEASE TAKE NOTICE** that in accordance with the terms of the Order Modifying Plan and Resolving Trustee's Motion to Dismiss (ECF#51) entered in the above matter on February 7, 2020, the debtor is delinquent in payments under the Chapter 13 Plan.

**PLEASE TAKE FURTHER NOTICE** that the Trustee hereby demands that payments be brought current in accordance with the provisions of the Order Modifying Plan and Resolving Trustee's Motion to Dismiss (ECF#51) in the above matter, and that said payments be brought current no later than Thirty (30) days from the date of service of this notice.

**PLEASE TAKE FURTHER NOTICE** that in the event that the debtor fails to bring payments current as required under the Chapter 13 Plan, as last amended, if at all, then the Trustee may submit an order of dismissal to the Court along with an affidavit attesting to the fact that compliance with the Order Modifying Plan and Resolving Trustee's Motion to Dismiss (ECF#51) entered on February 7, 2020, has not been met.

Please govern yourself accordingly.

OFFICE OF DAVID WM. RUSKIN,
STANDING CHAPTER 13 TRUSTEE

Dated: June 16, 2022     By: __/s/ Lisa K. Mullen__
DAVID Wm. RUSKIN (P26803), Trustee
LISA K. MULLEN (P55478), Staff Attorney
JOHN P. KAPITAN (P61901), Staff Attorney
1100 Travelers Tower, 26555 Evergreen Road
Southfield, MI 48076-4251

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

|  |  |
|---|---|
|  | CHAPTER 13 |
| Matthew A Harrigan, | CASE NO. 18-51082-LSG |
| DEBTOR. | JUDGE LISA S. GRETCHKO |
| _____/ |  |

## CERTIFICATE OF SERVICE OF NOTICE OF DEFAULT IN PAYMENTS AND TRUSTEE'S INTENT TO SEEK DISMISSAL OF THE CASE

I hereby certify that on June 16, 2022, I electronically filed the Notice of Default in Payments and Trustee's Intent to Seek Dismissal of the Case with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

>LAW OFFICE OF RICHARD H CLARK PLLC
>30833 NORTHWESTERN HWY SUITE 224
>FARMINGTON HILLS, MI  48334-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

>Matthew A Harrigan
>32925 Martin Street
>Livonia, MI 48154-0000

>_____/s/ Vanessa Wild___
>Vanessa Wild
>For the Office of David Wm. Ruskin,
>Chapter 13 Standing Trustee-Detroit
>1100 Travelers Tower
>26555 Evergreen Road
>Southfield, MI 48076-4251
>(248) 352-7755